

**JUDGE BUCHWALD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| SAMANTHA ZUCKERMAN, an infant, ) <br> by her Parent and Natural Guardian ) <br> ROBERTA ZUCKERMAN, ) <br> and ROBERTA ZUCKERMAN, ) <br>                             Plaintiffs, ) <br> v. ) <br>                             ) <br> CAMP LAUREL, ) <br>                       Defendant. ) <br>                       ) | Civil Action No. |

## FED. R. CIV. PROC. 7.1(a) DISCLOSURE STATEMENT
## OF THE DEFENDANT, COASTAL CAMPS, INC., D/B/A CAMP LAUREL

The defendant, Coastal Camps, Inc., d/b/a Camp Laurel (erroneously sued as "Camp

Laurel"), hereby certifies that is has no parent corporation and that no publicly-held company

owns ten percent or more of its stock.

Dated:  April 24, 2008

                                            Respectfully submitted,
                                            the defendant,
                                            COASTAL CAMPS, INC., d/b/a CAMP LAUREL,
                                            by its attorneys,

                                            *Rodney E. Gould*

                                            Rodney E. Gould, Esq. (RG-9871)
                                            Email: rgould@rhglaw.com
                                            Robert C. Mueller, Esq. (RM-1882)
                                            Email:  rmueller@rhglaw.com
                                            RUBIN, HAY & GOULD, P.C.
                                            205 Newbury Street
                                            P.O. Box 786
                                            Framingham, MA  01701-0786
                                            telephone:  (508) 875-5222
                                            facsimile:  (508) 879-6803

--and--


Raymond S. Mastrangelo, Esq. (RM-1327)
Email:  rmastrangelo@moundcotton.com
Costantino P. Suriano, Esq. (CS-4061)
Email: csuriano@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS
855 Franklin Avenue, Suite 306
Garden City, NY  11530
telephone:  (516) 417-5700
facsimile: (516) 741- 6831