UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
SAMANTHA ZUCKERMAN, an infant          08 Civ. 3913 (NRB)
by her parent and natural guardian,
ROBERTA ZUCKERMAN, and
ROBERTA ZUCKERMAN,

                Plaintiffs,

-against-

CAMP LAUREL,

                Defendant.
-------------------------------------------------------------X

## NOTICE OF APPEARANCE

S I R S :

    PLEASE TAKE NOTICE, the undersigned attorney appears on behalf of the Plaintiffs, SAMANTHA ZUCKERMAN, an infant by her parent and natural guardian, ROBERTA ZUCKERMAN, and ROBERTA ZUCKERMAN, and demands that any and all papers be served on the undersigned.

Dated: May 2, 2008

                              WERNER, ZAROFF, SLOTNICK, STERN
                                    & ASHKENAZY, LLP
                              Office and P.O. Address
                              360 Merrick Road
                              Lynbrook, New York  11563
                              (516) 568-1850

                   by:  *s/ Howard J. Stern*_____
                              Howard J. Stern (HS-7063)