UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
SAMANTHA ZUCKERMAN, an infant,
By her parent and natural guardian,         08 Civ. 3913 (NRB)(KNF)
ROBERTA ZUCKERMAN, and ROBERTA
ZUCKERMAN,

                          Plaintiffs,

      -against-

CAMP LAUREL,

                          Defendant.
-----------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

     I, Howard J. Stern, attorney for the plaintiffs in the above captioned case, declare as follows:

     On June 13, 2008, I filed the following through the Electronic Case Filing system of the within Court:

          Declaration of Roberta Zuckerman;
          Declaration of Kimberly Carlstrom;
          Plaintiffs' Memorandum of Law;
          Certificate of Service.

     In addition to filing through the ECF system, copies of the above were mailed to defendant's counsel by delivering copies to the care of the United States Postal Service, postage prepaid, for delivery by mail as follows:

     Rubin, Hay & Gould, P.C.
     205 Newbury Street
     PO Box 786
     Framingham, MA 01701-0786
     Attn: Rodney E. Gould, Esq.

     Mound Cotton Wollan & Greengrass
     855 Franklin Avenue, Suite 306
     Garden City, NY  11530
     Attn: Raymond S. Mastrangelo, Esq.

Declared this 13th day of June, 2008 in Lynbrook, New York.

s/   <u>Howard J. Stern</u>